UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. WHOLESALE OUTLET & DISTRIBUTION, INC., | No. 2:20-cv-2379 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| US WHOLESALE, | |
| Defendant. | |

On June 23, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No 14. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 23, 2021, are adopted;

2. Plaintiff's May 5, 2021 motion for default judgment, (ECF No. 11) is granted;

3. The court enters judgment against the defendant on all claims;

4. The court enjoins and restrains defendant and its partners, officers, agents, servants, employees, and attorneys, their successors and assigns, and all others in active concert or participation with defendant, from using, in any manner whatsoever, the trade name "US Wholesal;"

5. The court grants plaintiff's request for attorney's fees in the amount of $15,840 and costs in the amount of $560.55; and

6. The Clerk's office is directed to close this case.

DATED: September 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE